IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT EVANS, et al. | : | |
| | : | Case No. 2:08 CV 794 |
| Plaintiffs | : | |
| | : | |
| v. | : | JUDGE MARBLEY |
| | : | |
| BOARD OF EDUCATION, | : | MAGISTRATE KEMP |
| SOUTHWESTERN CITY SCHOOL | : | |
| DISTRICT, et al. | : | |
| | : | |
| Defendants | : | |

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION FOR LEAVE TO
IDENTIFY REBUTTAL EXPERT (DOC.97)**

Defendants' recitation of the length of time the case has been pending and the delay in seeking leave to name a rebuttal expert is missing one critical item: any showing that Defendants will suffer prejudice if the motion is granted. Defendants argue that they will be prejudiced, but it is simply a bald assertion. They have pointed to no real prejudice because there will be none – if the motion is granted, Plaintiff will name a rebuttal expert. There will be plenty of time for that expert to be deposed and for Defendants' expert, Dr. Smalldon, to respond if Defendants chose to have him respond. Real prejudice will occur if the motion is not granted: as noted in Plaintiffs' Motion for Leave, Dr. Smalldon conducted a number of tests which Plaintiffs' counselor, Ms. Dorn, cannot perform. Yes, there has been a delay in seeking a rebuttal expert, but Plaintiff should not be punished for this delay. The purpose of the request and granting Plaintiff's Motion will result in no prejudice to Defendants.

        Respectfully submitted,

        */s/ John S. Marshall*
        John S. Marshall (0015160)
        (*jmarshall@marshallandmorrow.com*)
        Edward R. Forman (0076651)
        (*eforman@marshallandmorrow.com*)
        MARSHALL AND MORROW LLC
        111 West Rich Street, Suite 430
        Columbus, Ohio 43215-5296
        (614) 463-9790
        Fax (614) 463-9780

        Michael Garth Moore (0025047)
        (*mike@mgmoorelaw.com*)
        111 W. Rich Street
        Suite 430
        Columbus, OH 43215
        614-443-0554
        Fax: 614-469-0122
        Attorneys for Plaintiffs

### **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, by email transmission on this _____ day of June, 2010.


        By */s/ John S. Marshall*
        John S. Marshall (0015160)