**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT EVANS, et al.,** | : | |
| Plaintiffs, | : | Case No. 2:08-cv-00794 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | **Magistrate Judge Kemp** |
| **BOARD OF EDUCATION SOUTHWESTERN CITY SCHOOL DISTRICT, et al.,** | : | |
| Defendants. | : | |

## ORDER

This matter is currently before the Court on Defendants Board of Education Southwestern City School District, et al.'s Motion for Reconsideration. (Doc. 104). On August 20, 2010, the Defendants filed a notice of appeal. (Doc. 107). Though the parties have fully briefed the appeal, they have yet to have oral arguments. During a status conference held by Magistrate Judge Kemp on January 13, 2011, both parties agreed that all proceedings in this matter should be stayed pending the outcome of the appeal. Pursuant to this agreement, the Defendants Motion for Reconsideration is **DENIED** without prejudice to their renewal of this motion after the appeals process is complete.

    **IT IS SO ORDERED.**

                                                       s/Algenon L. Marbley
                                                       **ALGENON L. MARBLEY**
                                                       **UNITED STATES DISTRICT COURT**

**Dated: January 13, 2011**